# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CHAKA JOHNSON-SHAW,                    USDC Case No. _____

      Plaintiff,                      Hon. _____

Vs.

LYFT, INC.,                            Lower Court Case No. 26-010931-NI

      Defendant.

---

| **ELLEN G. SCHREUDER (P29146)** | **MICHAEL K. SHEEHY (P38824)** |
|---|---|
| MANCINI SCHREUDER KLINE P.C. | **MITCHELL E. McINTYRE (P76613)** |
| Attorneys for Plaintiff | PLUNKETT COONEY |
| 28225 Mound Road | Attorneys for Defendant, Lyft, Inc. |
| Warren, MI 48092-3498 | 150 W. Jefferson, Suite 800 |
| (586) 751-3900/(586) 751-3498 | Detroit, MI 48226 |
| lsloan@mancini-law.com | (313) 983-4721 |
| | (248) 901-4040 – Fax |
| | msheehy@plunkettcooney.com |

---

## DEFENDANT LYFT, INC.'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441(A)(DIVERSITY)

In accordance with the procedures set forth in 28 U.S.C. § 1446, and pursuant to 28 U.S.C. §1332 and §1441, Defendant, Lyft, Inc. ("Lyft"), through its counsel Plunkett Cooney P.C., hereby files this Notice of Removal of a civil action from the Circuit Court for the County of Wayne, State of Michigan, to the

187210445.1
62807406.1

United States District Court Eastern District of Michigan. In support of this Notice of Removal, Lyft states as follows:

## STATEMENT OF THE CASE

1.      On June 26, 2026, Plaintiff Chaka Johnson-Shaw ("Plaintiff"), filed a Complaint in the Circuit Court for the County of Wayne, State of Michigan, Case No. 26-010931-NI, seeking monetary damages in excess of $25,000 against Defendant. The entire court file for the subject case as of July 1, 2026, including the Summons and Complaint is attached hereto as **Exhibit 1.**

2.      Plaintiff's Complaint alleges damages against Lyft for negligence. **Exhibit 1**, Complaint at ¶ 5 and 6.[1]

3.      This matter involves allegations by Plaintiff against a completely diverse party Defendant for which the alleged damages at issue are in excess of $75,000 and this matter is therefore appropriate for removal pursuant to 28 U.S.C. §1332(a)(1).

## THE PARTIES

4.      Plaintiff is a resident of the City of Oak Park, County of Oakland, State of Michigan. **Exhibit 1**, Complaint at ¶ 1. Natural persons are typically a

---

[1] Lyft denies all such allegations. Under the Michigan Limousine, Taxicab, and Transportation Network Company Act ("TNC Act"), Lyft is classified exclusively as a Transportation Network Company ("TNC") and is explicitly defined as neither a vehicle owner, motor carrier, nor employer. MCL 257.2123(1) and (2); see also MCL 257.2102(n)(ii) and MCL 257.2127 (a TNC "shall not be considered a . . . motor carrier.").

2

citizen of the state in which they reside or—to be more precise—are "domiciled." *Certain Interested Underwriters at Lloyd's, London England v. Layne*, 26 F.3d 39, 41 (6th Cir. 1994).

5.     Plaintiff alleges in her Complaint that Lyft is "a domestic for profit corporation doing business in Wayne County, Michigan." *Id.* at ¶ 2. Importantly, where a corporation is licensed to do business is irrelevant to this Court's analysis of whether diversity jurisdiction exists. Rather, a corporation's principal place of business and place of incorporation determines that corporation's citizenship. 28 U.S.C.A. § 1332(c)(1); *Delphi Automotive Systems, LLC v. Segway Inc.*, 519 F. Supp. 2d 662, 665 (E.D. Mich. 2007).

6.     Lyft is incorporated in Delaware with its principal place of business in California. Accordingly, for purposes of this Court's diversity jurisdiction analysis, Lyft is a citizen of Delaware and California. **Exhibit 2, Statement of Information Corporation.**

7.     Plaintiff served Lyft with an alias summons and the Complaint on June 30, 2026.

8.     The district courts have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States. 28 U.S.C.A. §1332(a)(1).

187210445.1
62807406.1

9.     The parties are completely diverse because Plaintiff is a Michigan citizen and Lyft is a citizen of Delaware and California.

10.    Lyft avers the amount in controversy exceeds $75,000, exclusive of interest and costs, because Plaintiff seeks damages in excess of that amount from the June 7, 2023, accident predicated on the alleged negligence of Orlando Duque ("Duque") who was logged onto the Lyft platform. **Exhibit 1**, Complaint. More specifically, in the pending companion case Plaintiff filed against Duque in Wayne County Circuit Court, 25-010111-NI, there was a mediator proposal issued on April 23, 2026, for $125,000 and more recently on June 24, 2026, Plaintiff made a settlement demand for $240,000 for all third-party claims against Duque and Lyft related to the subject accident. **Exhibit 3, Mediator Proposal and Plaintiff's Demand.**

11.    Accordingly, there is no dispute that the amount in controversy is in excess of $75,000.

## JURISDICTION

12.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332(a)(1) because the parties' citizenship is completely diverse and the amount in controversy sought exceeds $75,000, exclusive of interest and costs.

4

187210445.1
62807406.1

## **VENUE**

13. Venue is proper in this Court pursuant to 28 U.S.C. §1441(a) and §1446(a) because the Eastern District of Michigan is the federal district encompassing the Circuit Court for the County of Wayne where the Complaint was filed, and the alleged collision occurred in the City of Detroit, State of Michigan, County of Wayne.

## **ARGUMENT**

14. As set forth above, this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(1) and venue is proper pursuant to 28 U.S.C. §1441(a) and 1446(a).

15. This Notice of Removal is timely because it has been filed within thirty days of Lyft being served with an alias summons and the Complaint on June 30, 2026.

16. Lyft has not attempted to litigate this action in the Circuit Court for the County of Wayne where it was filed and has not done anything else that could be construed as a waiver of its right to remove this case.

17. Upon filing of this Notice of Removal in the District Court, Lyft will file a Notice of Filing and a copy of this Notice of Removal in the Circuit Court for the County of Wayne in the form attached hereto as **Exhibit 4** and cause it to be served upon the Plaintiff.

5

187210445.1
62807406.1

WHEREFORE, for the foregoing reasons, LYFT, INC., respectfully requests that the above-entitled action be removed from the Circuit Court for the County of Wayne, State of Michigan to the United States District Court for the Eastern District of Michigan for the reasons stated herein.

Respectfully submitted,

*/s/ Michael K. Sheehy*
MICHAEL K. SHEEHY (P38824)
PLUNKETT COONEY
Attorney for Defendant, Lyft, Inc.
150 W. Jefferson, Suite 800
Detroit, MI 48226
(313) 983-4721
(248) 901-4040 – Fax
msheehy@plunkettcooney.com

Dated: July 8, 2026

6

187210445.1
62807406.1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHAKA JOHNSON-SHAW,                         USDC Case No. _____

       Plaintiff,                                   Hon. _____

Vs.

LYFT, INC.,                                  Lower Court Case No. 26-010931-NI

       Defendant.

---

| **ELLEN G. SCHREUDER (P29146)** | **MICHAEL K. SHEEHY (P38824)** |
|---|---|
| MANCINI SCHREUDER KLINE P.C. | **MITCHELL E. McINTYRE (P76613)** |
| Attorneys for Plaintiff | PLUNKETT COONEY |
| 28225 Mound Road | Attorneys for Defendant, Lyft, Inc. |
| Warren, MI 48092-3498 | 150 W. Jefferson, Suite 800 |
| (586) 751-3900/(586) 751-3498 | Detroit, MI 48226 |
| [lsloan@mancini-law.com](mailto:lsloan@mancini-law.com) | (313) 983-4721 |
| | (248) 901-4040 – Fax |
| | [msheehy@plunkettcooney.com](mailto:msheehy@plunkettcooney.com) |

---

## <u>VERIFICATION</u>

MICHAEL K. SHEEHY, first being duly sworn, states that he is the attorney

for Defendant and that the foregoing Notice of Removal is true in substance and in

fact to the best of his knowledge, information, and belief.

187210445.1
62807406.1

Respectfully submitted,

*/s/ Michael K. Sheehy*
MICHAEL K. SHEEHY (P38824)
PLUNKETT COONEY
Attorney for Defendant, Lyft, Inc.
150 W. Jefferson, Suite 800
Detroit, MI 48226
(313) 983-4721
(248) 901-4040 – Fax
msheehy@plunkettcooney.com

Dated:  July 8, 2026

2

187210445.1
62807406.1

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CHAKA JOHNSON-SHAW,

              Plaintiff,

Vs.

LYFT, INC.,

              Defendant.

USDC Case No. _____

Hon. _____

Lower Court Case No. 26-010931-NI

---

| | |
|---|---|
| **ELLEN G. SCHREUDER (P29146)** | **MICHAEL K. SHEEHY (P38824)** |
| MANCINI SCHREUDER KLINE P.C. | **MITCHELL E. McINTYRE (P76613)** |
| Attorneys for Plaintiff | PLUNKETT COONEY |
| 28225 Mound Road | Attorneys for Defendant, Lyft, Inc. |
| Warren, MI 48092-3498 | 150 W. Jefferson, Suite 800 |
| (586) 751-3900/(586) 751-3498 | Detroit, MI 48226 |
| lsloan@mancini-law.com | (313) 983-4721 |
| | (248) 901-4040 – Fax |
| | msheehy@plunkettcooney.com |

---

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2026, I electronically filed ***Defendant's***

***Removal, Verification, and Certificate of Service*** with the Clerk of the Court

using the ECF system, or in the alternative, I have mailed by United States

Postal Service to any parties that are not ECF participants.

187210445.1
62807406.1

Respectfully submitted,

*/s/ Michael K. Sheehy*
MICHAEL K. SHEEHY (P38824)
PLUNKETT COONEY
Attorney for Defendant, Lyft, Inc.
150 W. Jefferson, Suite 800
Detroit, MI 48226
(313) 983-4721
(248) 901-4040 – Fax
msheehy@plunkettcooney.com

Dated:  July 8, 2026

2

187210445.1
62807406.1

# EXHIBIT 1

Original - Court
1st Copy- Defendant

2nd Copy - Plaintiff
3rd Copy -Return

| STATE OF MICHIGAN THIRD JUDICIAL CIRCUIT WAYNE COUNTY | SUMMONS | CASE NO. 26-010931-NI Hon.Martha M. Snow |
|---|---|---|

Court telephone no.: 313-224-6889

| Plaintiff's name(s), address(es), and telephone no(s) JOHNSON-SHAW, CHAKA | v | Defendant's name(s), address(es), and telephone no(s). LYFT, INC. |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no Ellen G Schreuder 29146 28225 Mound Rd Warren, MI 48092-5504 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

## Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

## Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____.
The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.

| SUMMONS |
|---|

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date 6/26/2026 | Expiration date* 9/25/2026 | Court clerk Jacquetta Parkinson |
|---|---|---|

Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23)      **SUMMONS**      MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105



<table>
<tr><td colspan="2">**SUMMONS**</td></tr>
<tr><td>Case No. :</td><td>**26-010931-NI**</td></tr>
</table>

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served ☐ personally ☐ by registered or certified mail , return receipt requested, and delivery restricted to the addressee(copy of return receipt attached) a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| | |
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff,deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled $ | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled $ | Fee $ | Total fee $ | Name (type or print) |

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with

_____ on _____

Attachments (if any)                                                    Date and time

_____ on behalf of _____ .

Signature
_____

MCL 600.1910, MCR 2.104, MCR 2.105

**STATE OF MICHIGAN**

**IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE**

CHAKA JOHNSON-SHAW,

      Plaintiff,

-vs-

                                     Case No. 26 -        - NI

LYFT, INC.,                                  HON. MARTHA SNOW

      Defendant.

_____/

MANCINI SCHREUDER KLINE P.C.
ELLEN G. SCHREUDER (P 29146)
Attorneys for Plaintiff
28225 Mound Road
Warren, Michigan 48092-3498
(586) 751-3900/(586) 751-7203 fax
lsloan@mancini-law.com

_____/

**There is another pending or resolved civil action arising
out of the transaction or occurrence alleged in the Complaint.
WCCC, case no. 25-010111-NI, Hon. Martha Snow**

**COMPLAINT**

NOW COMES the Plaintiff, CHAKA JOHNSON-SHAW, by and through her attorneys, Mancini Schreuder Kline P.C., and for her Complaint against Defendant, LYFT, INC., states:

1.      Plaintiff is a resident of the City of Oak Park, County of Oakland, State of Michigan.

2.      Defendant LYFT, INC., is a domestic for profit corporation doing business in Wayne County, Michigan.

3.      The amount in controversy herein exceeds the sum of Twenty-Five Thousand ($25,000.00) Dollars.

4.      On or about June 27, 2023, at approximately 2:55 p.m., Plaintiff was driving eastbound on Tireman at or about the intersection of Oakman, in the City of Dearborn, County of

Document received by the MI Wayne 3rd Circuit Court.

Wayne, State of Michigan.

5.     At the same time and place, Defendant's driver Duque, was the owner of a certain 2016 Ford Escape, bearing Michigan License Plate No. ERL5719; said vehicle was being operated by driver Duque, on behalf of Defendant, LYFT, INC., when driver Duque, as part of his employment duties, drove past stop signs without stopping, and struck Plaintiff's vehicle.

6.     Defendant, LYFT, INC., had the following duties to Plaintiff:

    a.     to hire, train, and maintain experienced drivers for its transportation business;

    b.     to exercise ordinary care and caution for Plaintiff's safety and the safety of others;

    c.     to avoid acts or omissions which might cause or compound injury to Plaintiff;

    d.     to refrain from irresponsible and negligent conduct;

    e.     to meet other duties as specified by law, ordinance, standard and custom.

7.     Defendant, LYFT, INC., breached its duties in the following ways through its actions:

    a.     choosing not to properly investigate the background of an employee prior to hiring and during his agency for Defendant;

    b.     improperly training an employee in the proper exercise of his employment responsibilities, and/or choosing not to train him at all;

    c.     failing to hire qualified and fit employees for positions that necessarily involved driving in public;

    d.     failing to have driver rules and/or procedures to prevent its drivers from cell phone usage during driving; and

    e.     otherwise breaching duties owed.

WHEREFORE, Plaintiff requests an award of damages in whatever amount in excess of Twenty-Five Thousand ($25,000.00) Dollars to which she may be found entitled, together with

2

Document received by the MI Wayne 3rd Circuit Court.

costs, interest and attorney fees.

MANCINI SCHREUDER KLINE P.C.

by: /s/Ellen G. Schreuder
ELLEN G. SCHREUDER (P 29146)
Attorneys for Plaintiff
28225 Mound Road
Warren, Michigan 48092
(586) 751-3900

dated: June 26, 2026

3

Document received by the MI Wayne 3rd Circuit Court.

# EXHIBIT 2

BA20260088355



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
| :---: |
| **-FILED-** |
| File No.: BA20260088355 |
| Date Filed: 1/13/2026 |

| Entity Details | |
| --- | --- |
| Corporation Name | LYFT, INC. |
| Entity No. | 3181802 |
| Formed In | DELAWARE |

**Street Address of Principal Office of Corporation**

| | |
| --- | --- |
| Principal Address | 185 BERRY STREET<br>SUITE 400<br>SAN FRANCISCO, CA 94107 |

**Mailing Address of Corporation**

| | |
| --- | --- |
| Mailing Address | 185 BERRY STREET<br>SUITE 400<br>SAN FRANCISCO, CA 94107 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
| --- | --- |
| Street Address of California Office | None |

**Officers**

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| LINDSAY LLEWELLYN | 185 BERRY STREET<br>SUITE 400<br>SAN FRANCISCO, CA 94107 | Secretary |
| ERIN BREWER | 185 BERRY STREET<br>SUITE 400<br>SAN FRANCISCO, CA 94107 | Chief Financial Officer |
| JOHN DAVID RISHER | 185 BERRY STREET<br>SUITE 400<br>SAN FRANCISCO, CA 94107 | Chief Executive Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| Stephen Hope | 185 BERRY STREET<br>SUITE 400<br>SAN FRANCISCO, CA 94107 | Other | Chief Accounting Officer |
| Kevin C. Chen | 185 BERRY STREET<br>SUITE 400<br>SAN FRANCISCO, CA 94107 | Assistant Secretary | |

**Directors**

| Director Name | Director Address |
| --- | --- |
| Betsey Stevenson | 185 BERRY STREET<br>SUITE 400<br>SAN FRANCISCO, CA 94107 |
| Jill Beggs | 185 BERRY STREET<br>SUITE 400<br>SAN FRANCISCO, CA 94107 |

B4319-0523 01/13/2026 7:27 AM Received by California Secretary of State

| Prashant (Sean) Aggarwal | 185 BERRY STREET<br>SUITE 400<br>SAN FRANCISCO, CA 94107 |
|---|---|
| David Lawee | 185 BERRY STREET<br>SUITE 400<br>SAN FRANCISCO, CA 94107 |
| John David Risher | 185 BERRY STREET<br>SUITE 400<br>SAN FRANCISCO, CA 94107 |
| Dave Stephenson | 185 BERRY STREET<br>SUITE 400<br>SAN FRANCISCO, CA 94107 |
| Janey Whiteside | 185 BERRY STREET<br>SUITE 400<br>SAN FRANCISCO, CA 94107 |

The number of vacancies on Board of Directors is: 0

Agent for Service of Process

| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |
|---|---|

Type of Business

| Type of Business | RIDE SHARING PLATFORM |
|---|---|

Email Notifications

| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |
|---|---|

Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒   By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Collin Giles*

Signature

*01/13/2026*

Date

B4319-0524 01/13/2026 7:27 AM Received by California Secretary of State

# EXHIBIT 3



**MI-JADR, P.C.**
**IMMEDIATE ATTENTION REQUESTED**
**CONFIDENTIAL SETTLEMENT PROPOSAL**

Date:        April 23, 2026

TO:          Ellen Schreuder              lsloan@mancini-law.com
             Michael Martinico            Michael.martinico@libertymutual.com
FROM:        Judge Daniel P. Ryan (Retired)
             MI-JADR PC
RE :         Johnson-Shaw v Duque
Case #:      25-010111-NI
Our File #:  4-23-26-7385

It is my understanding that the court has  ordered and that you have agreed to the process we discussed at the conclusion of our mediation session and discussions on  April 23, 2026, I am therefore proposing a settlement figure which I believe should be difficult for each side to turn down with the understanding that you will respond to me with a "YES" or "NO" to the proposal. I will not disclose the responses unless **all** are "YES" except to advise that the case is not settled. As I have explained, this protects the "YES" answer. **If each side responds with a "YES," I will notify you that this case has settled for the number and terms recommended, a standard release to be exchanged, and the case dismissed with prejudice.**

This case is more complicated than it may appear on the surface. It would be overly simplistic to evaluate this as a no injection, no surgery case. After further evaluation of this case, I respectfully propose a **confidential** settlement of Plaintiff's claims only for the following amount**: $125,000 (Plaintiff responsible for  all liens)** in full and final resolution of any and all claims of any kind by Plaintiff against Defendant which I consider to be appropriate after reading your summaries, conducting this mediation session, and assessing the venue, the strengths and weaknesses of each side's liability and damage arguments**.** I believe this should be a difficult proposal for each side to turn down for a host of reasons many of which we discussed during our facilitation and too numerous to detail here. I am certain that each side will be equally unhappy with this proposal which represents a significant compromise by everyone – THE CLASSIC DEFINITION OF A GOOD SETTLEMENT**.**

Please respond to this proposal with **"YES"** OR **"NO"** NO LATER **THAN THE CLOSE OF BUSINESS ON April 30, 2026.** Please **CALL 734-744-9822 AND E-MAIL judgeryan@mijadr.com** your response to me by that time. I look forward to hearing from you no later than   **April 30, 2026**. Thank you for the opportunity to be of service in this case.

**IF YOU HAVE RECEIVED THIS COMMUNCATION IN ERROR, PLEASE CALL 734-744-9822**

MI-JADR, P.C.| 38701 Seven Mile Rd, Suite #175 |Livonia, MI 48152 | Phone (734) 744-9822
Email: judgeryan@mijadr.com

**From:** Laura Sloan <LSloan@mancini-law.com>
**Sent:** Wednesday, June 24, 2026 11:14 AM
**To:** Martinico, Michael <michael.martinico@libertymutual.com>
**Subject:** {EXTERNAL} RE: Johnson-Shaw v Duque

We have been authorized in writing to demand $240,000.00 in full and final settlement of all third-party claims against Defendants Duque and Lyft.

Ellen

Sincerely,
Laura Sloan
Sr. Administrative Assistant
Ellen G. Schreuder, Esq.
Drew Slager, Esq.
Mancini Schreuder Kline P.C.
28225 Mound Road
Warren, MI  48092
(586) 751-3900/(586) 751-7203 fax
LSLOAN@MANCINI-LAW.COM

1

# EXHIBIT 4

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CHAKA JOHNSON-SHAW,

            Plaintiff,

v

LYFT, INC.,

            Defendant.

Case No. 26-010931-NI

Hon. Martha Snow

| **ELLEN G. SCHREUDER (P29146)** | **MICHAEL K. SHEEHY (P38824)** |
|---|---|
| MANCINI SCHREUDER KLINE P.C. | **MITCHELL E. McINTYRE (P76613)** |
| Attorneys for Plaintiff | PLUNKETT COONEY |
| 28225 Mound Road | Attorneys for Defendant, Lyft, Inc. |
| Warren, MI 48092-3498 | 150 W. Jefferson, Suite 800 |
| (586) 751-3900/(586) 751-3498 | Detroit, MI 48226 |
| lsloan@mancini-law.com | (313) 983-4721 |
| | (248) 901-4040 – Fax |
| | msheehy@plunkettcooney.com |

## DEFENDANT LYFT, INC.'S NOTICE OF REMOVAL

YOU ARE HEREBY NOTIFIED that on July 1, 2026, Defendant Lyft, Inc. removed this case to the United States District Court for the Eastern District of Michigan. A true and complete copy of the Notice of Removal filed in the United States District Court for the Eastern District of Michigan is attached hereto as **Exhibit A**.

YOU ARE FURTHER NOTIFIED that pursuant to 28 U.S.C. §1446 the filing of this Notice removes this action to the Federal District Court and the Circuit Court for the County of Wayne can "proceed no further unless and until the case is remanded." 28 U.S.C. §1446(d).

Respectfully submitted,

*/s/ Michael K. Sheehy*
MICHAEL K. SHEEHY (P38824)
PLUNKETT COONEY
Attorney for Defendant, Lyft, Inc.
150 W. Jefferson, Suite 800
Detroit, MI 48226
(313) 983-4721
(248) 901-4040 – Fax
msheehy@plunkettcooney.com

Dated:  July 8, 2026

## PROOF OF SERVICE

The undersigned certifies that on **July 8, 2026,** a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause at their respective addresses disclosed in the pleadings via electronic filing.  I declare under the penalty of perjury that the statement above is true to the best of my information, knowledge and belief.

*/s/ Jill McMahon*

2